UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN CUTLER,

        Plaintiff,                      Case No. 2:23-cv-12450

v.                                       Honorable Susan K. DeClercq
                                            United States District Judge

MOLINA HEALTHCARE OF
MICHIGAN, INC.,

        Defendant.
_____/

## ORDER DIRECTING COUNSEL TO MEET AND CONFER AND SUBMIT JOINT STATEMENT

On December 9, 2024, Counsel for Plaintiff Dawn Culter and Defendant Molina Healthcare of Michigan, Inc., attended a virtual status conference to discuss Plaintiff's Motion to Compel. ECF No 32.

As discussed at the status conference, it is **ORDERED** that Counsel for both Parties are **DIRECTED** to meet and confer to develop reasonable parameters regarding the following three categories of discovery requested by Plaintiff:

1. Emails between Plaintiff and her supervisor, Fran Dennis;
2. Emails between Stephanie Mason and Fran Dennis; and
3. Emails between Stephanie Mason and Defendant's human resources department.

Further, it is **ORDERED** that the Parties are **DIRECTED** to **SUBMIT** a joint statement detailing (1) their efforts at developing reasonable parameters for the

discovery at issue; (2) the necessary process and expected timeframe for Defendant to conduct such a search; and (3) whether the Parties are interested in attending an additional settlement conference with Magistrate Judge Grand after all relevant discovery has been exchanged. The joint statement shall not exceed five pages and shall be submitted **on or before 11:00 AM EST on Monday, December 16, 2024.**

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: 12/10/2024