UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN CUTLER,

        Plaintiff,                        Case No. 2:23-cv-12450

v.                                        Honorable Susan K. DeClercq
                                            United States District Judge
MOLINA HEALTHCARE OF
MICHIGAN, INC.,

        Defendant.
_____/

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL**

On November 26, 2024, Plaintiff Dawn Cutler filed a motion to compel Defendant Molina Healthcare to produce documents it previously agreed to provide and a number of emails between Plaintiff and Defendant's employees. ECF No. 32 at PageID.390. On December 9, 2024, Counsel for both Parties attended a virtual status conference to discuss Plaintiff's Motion to Compel. ECF No 32. Defense Counsel reported Defendant was in the process of gathering and producing documents it had already agreed to provide. As to Plaintiff's request for production of broad categories of emails, the Parties were directed the meet and confer "to develop reasonable parameters regarding" three categories of emails Plaintiffs sought to compel. ECF No. 33 at PageID.444. The Parties were also directed to submit a joint statement detailing those parameters and the "necessary process and

expected timeframe for Defendant to conduct such a search." *Id.* at PageID.445.

The Parties submitted their joint statement on December 16, 2024, *see* ECF No. 34, and attended an in-person scheduling conference later that afternoon, *see* ECF No. 31 at PageID.337. Based on the Parties' joint statement, ECF No. 34, and the representations made at the December 9 status conference and the December 16 scheduling conference, it appears the Parties have resolved the discovery dispute raised in Plaintiff's Motion to Compel, ECF No. 32, so it will be denied as moot.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Compel, ECF No. 32, is **DENIED AS MOOT.**

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: December 20, 2024